IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. COLEMAN,<br>        Plaintiff,<br><br>     v.<br><br>JOHN DOE WARD; VIVIAN KING;<br>PHILLIP L. JOHNSON; CAROL<br>SCIRE; TIM COLLINS; CAROL<br>DEWITT; TONYA EDWARDS; KIM<br>BABICH; DIANE DETWILDER;<br>SHERWOOD HUGHES; JOHN DOE<br>STORY; SGT. PETERS;     SGT.<br>AUGUSTINO; SGT. ROUNDS; JOHN<br>DOE SCHULP; MARTIN F. HORN;<br>JEFFERY BEARD; TOM BENDER;<br>and WILLIAM BOWMAN,<br>        Defendants. | )<br>)<br>)<br>) Civil Action No. 03-1895<br>) District Judge Arthur J. Schwab<br>) Magistrate Judge Lisa Pupo Lenihan<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The above captioned case was received from the Eastern District of Pennsylvania on December 8, 2003, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The case was transferred to Magistrate Judge Lisa Pupo Lenihan on April 12, 2004.

The magistrate judge's Report and Recommendation (Doc. No. 55), filed on December 2, 2005, recommended that Defendants' Motions to Dismiss (doc. nos. 37 and 54) be granted and that the Complaint be dismissed in accordance with the Prison Litigation Reform Act, 28 U.S.C. §§ 1915A and 1915(e). The Report and Recommendation was forwarded to Plaintiff at SCI Houtzdale, P.O. Box 1000, Houtzdale, PA 16698-1000. Plaintiff was advised he was allowed ten

(10) days from the date of service to file written objections to the report and recommendation. No objections were filed. Subsequently, the Report and Recommendation was returned to the District Court with a large RETURN TO SENDER sticker on it. Upon inquiry, it was determined that the Plaintiff was released from SCI-Houtzdale on May 27, 2005; however, Plaintiff has not filed any notice advising the Court of his new address.

After review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

**AND NOW**, this 22nd day of December, 2005;

**IT IS HEREBY ORDERED** that Defendant's Motions to Dismiss (doc. nos. 37 and 54) are **GRANTED** and the Complaint is **DISMISSED** in accordance with the Prison Litigation Reform Act, 28 U.S.C. §§ 1915A and 1915(e).

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 55) of Magistrate Judge Lenihan, dated December 2, 2005, is adopted as the opinion of the court.

By the Court:

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:   Lisa Pupo Lenihan
     United States Magistrate Judge

     Michael A. Coleman, EM-7191
     SCI-Houtzdale
     P.O. Box 1000
     Houtzdale, PA 16698-1000

Craig E. Maravich
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219